UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE BOLDEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALFONSO ACOSTA, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-04254-SK<br><br>**ORDER TO SHOW CAUSE** |

The Court HEREBY ORDERS that Plaintiff SHOW CAUSE in writing why res judicata does not bar the claims filed in *Bolden v. Acosta, et al.*, 22-cv-04061-SK. Plaintiff shall file a response to this Order no later than August 11, 2022. Defendants shall file a response no later than August 25, 2022. No reply will be permitted, and no hearing will be held.

**IT IS SO ORDERED**.

Dated: July 28, 2022



_____
SALLIE KIM
United States Magistrate Judge